IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) NO. 18-CR-4057 RB |
| ELISA ESTHER PLATA-RIVERA, | ) |
| Defendant. | ) |

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL 22 2020

MITCHELL R. ELFERS
CLERK OF COURT

## ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE

THIS MATTER having come before the Court on the written Motion of the United States Attorney for the District of New Mexico, for an Order dismissing the Second Superseding Indictment filed on February 20, 2019, and the Court being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the Second Superseding Indictment filed on February 20, 2019, be and hereby is dismissed without prejudice as to Defendant ELISA ESTHER PLATA-RIVERA.

IT IS FURTHER ORDERED that the Clerk shall provide two certified copies of this Order to the United States Marshal as authority to proceed hereunder.

_____
UNITED STATES DISTRICT JUDGE